**Severo Tlatenchi BLANCO; Mayra Aldaco Santillano, Petitioners,**

v.

·Alberto R. GONZALES, Attorney General, Respondent.

No. 06–73002.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007.*

Filed April 20, 2007.

Susan E. Hill, Esq., Hill & Piibe, Los Angeles, CA, for Petitioners.

District Counsel, Esq., Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, Michele Y.F. Sarko, Esq., Carol Federighi, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: O'SCANNLAIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

Severo Tlatenchi Blanco and Mayra Aldaco Santillano, husband and wife, seek review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying their applications for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the discretionary determination that the petitioners have failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003).

Petitioners' contention that the hardship standard set forth in 8 U.S.C. § 1229b(b)(1)(D) is unconstitutionally vague does not state a colorable due process claim. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005) ("[T]raditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

**PETITION FOR REVIEW DISMISSED.**

**Jose Andres DIAZ–SOLANO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–72024.

United States Court of Appeals, Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.